**Electronically Filed
Supreme Court
SCWC-30509
22-SEP-2014
02:46 PM**

SCWC-30509

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

THE MALULANI GROUP, LIMITED, fka MAGOON BROTHERS, LTD.,
a Hawai‘i corporation, Respondent/Plaintiff-Appellant,

vs.

KAUPO RANCH, LTD., a Hawai‘i corporation,
Petitioner/Defendant-Appellee,

and

HEIRS AND/OR DEVISEES OF HAMOLE AKA MARIA HAMOLE, et al.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30509; CIV. NO. 08-1-0501(3))

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the application for writ of certiorari filed by Petitioner/Defendant-Appellee Kaupo Ranch, Ltd.,

IT IS HEREBY ORDERED that the application is deemed rejected as of September 18, 2014.  See HRS § 602-59(c).

The order accepting application for writ of certiorari filed on September 19, 2014, is therefore void.

DATED:  Honolulu, Hawai'i, September 22, 2014.

Brian R. Jenkins
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2